**Exhibit A**

| Defendant | Host IP | Date (GMT) | ISP |
|-----------|---------|------------|-----|
| Doe 1 | 75.69.171.132 | 12/10/10 4:34 AM | Comcast Cable |
| Doe 2 | 74.77.194.31 | 12/11/10 2:57 PM | Road Runner |
| Doe 3 | 74.254.172.28 | 12/5/10 3:02 AM | BellSouth.net |
| Doe 4 | 74.197.40.163 | 12/6/10 11:19 PM | Suddenlink Communications |
| Doe 5 | 74.136.33.156 | 12/13/10 2:23 AM | Insight Communications Company |
| Doe 6 | 74.130.129.92 | 12/12/10 2:51 AM | Insight Communications Company |
| Doe 7 | 74.110.100.69 | 12/14/10 9:26 PM | Verizon Internet Services |
| Doe 8 | 74.100.250.2 | 12/29/10 7:21 AM | Verizon Internet Services |
| Doe 9 | 72.253.9.65 | 12/4/10 10:57 PM | Hawaiian Telcom Services Company |
| Doe 10 | 75.118.141.142 | 12/12/10 5:19 AM | WideOpenWest |
| Doe 11 | 75.129.48.33 | 12/21/10 7:32 PM | Charter Communications |
| Doe 12 | 75.133.173.103 | 12/24/10 1:44 AM | Charter Communications |
| Doe 13 | 75.64.132.210 | 12/6/10 1:37 AM | Comcast Cable |
| Doe 14 | 75.61.88.48 | 12/12/10 2:34 AM | SBC Internet Services |
| Doe 15 | 75.49.33.58 | 12/13/10 9:21 PM | SBC Internet Services |
| Doe 16 | 75.27.61.233 | 1/1/11 1:33 AM | SBC Internet Services |
| Doe 17 | 75.22.24.62 | 12/7/10 7:43 PM | SBC Internet Services |
| Doe 18 | 75.186.119.47 | 12/27/10 4:03 AM | Road Runner |
| Doe 19 | 75.143.126.189 | 12/5/10 4:20 AM | Charter Communications |
| Doe 20 | 75.133.82.213 | 12/24/10 1:41 PM | Charter Communications |
| Doe 21 | 72.225.242.157 | 12/10/10 1:00 AM | Road Runner |
| Doe 22 | 72.209.18.250 | 12/22/10 2:14 AM | Cox Communications |
| Doe 23 | 71.138.132.16 | 12/6/10 9:07 PM | SBC Internet Services |
| Doe 24 | 71.137.109.117 | 12/19/10 9:57 AM | SBC Internet Services |
| Doe 25 | 71.134.255.234 | 12/22/10 10:16 PM | SBC Internet Services |
| Doe 26 | 71.123.170.170 | 12/12/10 4:42 AM | Verizon Internet Services |
| Doe 27 | 71.122.201.70 | 1/3/11 8:03 AM | Verizon Internet Services |
| Doe 28 | 71.111.190.202 | 12/23/10 6:06 AM | Verizon Internet Services |
| Doe 29 | 70.253.66.209 | 12/28/10 12:31 PM | SBC Internet Services |
| Doe 30 | 70.23.74.89 | 12/14/10 7:29 AM | Verizon Internet Services |
| Doe 31 | 71.170.141.150 | 12/14/10 7:29 AM | Verizon Internet Services |
| Doe 32 | 71.178.201.101 | 12/30/10 9:14 PM | Verizon Internet Services |
| Doe 33 | 71.196.140.238 | 1/4/11 12:43 AM | Comcast Cable |
| Doe 34 | 71.66.97.178 | 11/21/10 9:41 AM | Road Runner |
| Doe 35 | 71.62.183.131 | 12/4/10 8:35 PM | Comcast Cable |
| Doe 36 | 71.59.1.133 | 12/4/10 7:34 PM | Comcast Cable |
| Doe 37 | 71.42.34.213 | 12/7/10 4:27 AM | Road Runner |
| Doe 38 | 71.229.30.31 | 11/21/10 10:10 PM | Comcast Cable |
| Doe 39 | 71.22.192.107 | 11/22/10 5:32 PM | Clearwire Corporation |
| Doe 40 | 71.218.65.211 | 12/6/10 1:56 PM | Qwest Communications |
| Doe 41 | 71.200.8.195 | 11/21/10 9:03 PM | Comcast Cable |
| Doe 42 | 70.124.106.73 | 12/4/10 2:45 AM | Road Runner |

| Doe 43 | 99.72.99.167 | 11/20/10 12:47 PM | SBC Internet Services |
| Doe 44 | 98.227.40.24 | 12/29/10 5:22 PM | Comcast Cable |
| Doe 45 | 98.225.35.89 | 11/20/10 2:31 PM | Comcast Cable |
| Doe 46 | 98.192.53.201 | 1/1/11 8:12 AM | Comcast Cable |
| Doe 47 | 98.176.174.210 | 11/21/10 4:35 PM | Cox Communications |
| Doe 48 | 98.172.22.40 | 12/4/10 7:34 AM | Cox Communications |
| Doe 49 | 98.168.232.35 | 12/9/10 9:02 PM | Cox Communications |
| Doe 50 | 98.163.111.46 | 12/19/10 10:24 PM | Cox Communications |
| Doe 51 | 97.106.237.61 | 12/5/10 1:08 AM | Road Runner |
| Doe 52 | 98.228.242.190 | 12/19/10 8:38 AM | Comcast Cable |
| Doe 53 | 98.229.44.136 | 12/19/10 1:05 PM | Comcast Cable |
| Doe 54 | 98.232.48.77 | 12/26/10 4:13 PM | Comcast Cable |
| Doe 55 | 99.37.241.239 | 1/3/11 2:45 PM | SBC Internet Services |
| Doe 56 | 99.187.156.53 | 12/6/10 5:18 AM | SBC Internet Services |
| Doe 57 | 99.141.106.225 | 12/22/10 1:43 AM | SBC Internet Services |
| Doe 58 | 99.126.163.144 | 12/18/10 11:27 AM | SBC Internet Services |
| Doe 59 | 99.112.1.10 | 1/1/11 8:33 PM | SBC Internet Services |
| Doe 60 | 98.253.120.106 | 12/30/10 10:13 AM | Comcast Cable |
| Doe 61 | 98.251.149.55 | 12/5/10 11:09 AM | Comcast Cable |
| Doe 62 | 98.233.52.37 | 12/4/10 5:23 PM | Comcast Cable |
| Doe 63 | 97.101.206.89 | 12/22/10 5:32 AM | Road Runner |
| Doe 64 | 96.244.141.67 | 12/13/10 7:58 PM | Verizon Internet Services |
| Doe 65 | 76.177.159.160 | 12/19/10 12:43 PM | Road Runner |
| Doe 66 | 76.169.95.78 | 12/29/10 1:28 AM | Road Runner |
| Doe 67 | 76.14.44.177 | 12/21/10 5:16 PM | Wave Broadband |
| Doe 68 | 76.116.203.198 | 12/26/10 2:59 AM | Comcast Cable |
| Doe 69 | 76.116.136.148 | 12/26/10 9:01 PM | Comcast Cable |
| Doe 70 | 76.103.179.25 | 12/15/10 12:57 PM | Comcast Cable |
| Doe 71 | 75.84.181.232 | 12/6/10 7:09 AM | Road Runner |
| Doe 72 | 75.83.112.108 | 11/20/10 4:19 PM | Road Runner |
| Doe 73 | 76.178.197.17 | 12/23/10 6:24 PM | Road Runner |
| Doe 74 | 76.182.217.66 | 1/2/11 9:20 PM | Road Runner |
| Doe 75 | 76.184.32.70 | 12/31/10 2:30 PM | Road Runner |
| Doe 76 | 96.242.187.98 | 12/21/10 4:02 PM | Verizon Internet Services |
| Doe 77 | 96.241.108.84 | 12/29/10 12:19 AM | Verizon Internet Services |
| Doe 78 | 96.236.137.97 | 12/27/10 1:17 PM | Verizon Internet Services |
| Doe 79 | 96.236.133.94 | 12/6/10 7:21 PM | Verizon Internet Services |
| Doe 80 | 96.225.73.22 | 12/27/10 1:44 AM | Verizon Internet Services |
| Doe 81 | 96.225.197.207 | 12/10/10 9:50 PM | Verizon Internet Services |
| Doe 82 | 76.29.25.157 | 12/31/10 5:13 AM | Comcast Cable |
| Doe 83 | 76.209.222.68 | 12/9/10 2:06 PM | SBC Internet Services |
| Doe 84 | 75.70.101.56 | 1/1/11 8:13 PM | Comcast Cable |
| Doe 85 | 50.16.49.229 | 12/9/10 3:53 AM | AMAZON.COM |
| Doe 86 | 24.119.128.110 | 11/21/10 10:14 PM | CABLE ONE |

| Doe 87 | 24.116.80.74 | 12/7/10 9:17 PM | CABLE ONE |
| Doe 88 | 24.105.226.75 | 12/6/10 2:00 AM | Mid-Hudson Cablevision |
| Doe 89 | 216.150.207.199 | 11/20/10 10:38 AM | ViaWest Internet Services |
| Doe 90 | 209.170.145.221 | 12/8/10 6:43 AM | PortBridge Internet Services LLC |
| Doe 91 | 207.237.231.120 | 12/19/10 5:27 PM | RCN Corporation |
| Doe 92 | 207.237.195.148 | 12/11/10 9:25 PM | RCN Corporation |
| Doe 93 | 184.58.201.104 | 12/24/10 6:33 AM | Road Runner |
| Doe 94 | 24.125.181.207 | 12/6/10 1:59 AM | Comcast Cable |
| Doe 95 | 24.131.41.75 | 11/21/10 4:35 AM | Comcast Cable |
| Doe 96 | 24.154.212.230 | 12/9/10 1:41 PM | Armstrong Cable Services |
| Doe 97 | 24.91.163.242 | 12/4/10 9:35 PM | Comcast Cable |
| Doe 98 | 24.58.47.131 | 12/27/10 4:13 AM | Road Runner |
| Doe 99 | 24.4.61.240 | 12/25/10 5:32 AM | Comcast Cable |
| Doe 100 | 24.233.73.202 | 12/12/10 12:52 AM | Braintree Electric Light Dept. |
| Doe 101 | 24.218.71.202 | 12/23/10 7:10 AM | Comcast Cable |
| Doe 102 | 24.205.182.133 | 12/20/10 1:53 AM | Charter Communications |
| Doe 103 | 24.188.241.5 | 12/5/10 10:56 PM | Optimum Online |
| Doe 104 | 24.183.42.191 | 12/8/10 5:32 AM | Charter Communications |
| Doe 105 | 174.67.229.21 | 12/15/10 4:48 PM | Cox Communications |
| Doe 106 | 174.61.201.22 | 1/2/11 11:10 PM | Comcast Cable |
| Doe 107 | 173.28.157.124 | 12/7/10 8:47 PM | Mediacom Communications Corp |
| Doe 108 | 173.23.200.87 | 12/27/10 10:41 PM | Mediacom Communications Corp |
| Doe 109 | 173.216.12.68 | 12/22/10 11:30 PM | Suddenlink Communications |
| Doe 110 | 173.20.197.238 | 11/20/10 11:17 AM | Mediacom Communications Corp |
| Doe 111 | 173.18.118.157 | 12/15/10 8:53 PM | Mediacom Communications Corp |
| Doe 112 | 173.171.145.165 | 12/28/10 6:53 AM | Road Runner |
| Doe 113 | 108.21.96.201 | 12/22/10 7:26 PM | Verizon Internet Services |
| Doe 114 | 108.16.32.30 | 12/15/10 8:31 AM | Verizon Internet Services |
| Doe 115 | 173.49.127.219 | 12/4/10 4:24 AM | Verizon Internet Services |
| Doe 116 | 173.72.76.237 | 12/8/10 10:11 PM | Verizon Internet Services |
| Doe 117 | 173.77.69.10 | 12/14/10 1:11 PM | Verizon Internet Services |
| Doe 118 | 174.60.143.144 | 12/13/10 4:36 AM | Comcast Cable |
| Doe 119 | 174.54.2.43 | 12/21/10 12:13 PM | Comcast Cable |
| Doe 120 | 174.51.144.43 | 12/18/10 5:10 PM | Comcast Cable |
| Doe 121 | 174.45.255.5 | 12/15/10 3:28 PM | Bresnan Communications |
| Doe 122 | 174.29.124.198 | 12/11/10 2:06 AM | Qwest Communications |
| Doe 123 | 174.24.162.183 | 12/11/10 10:07 PM | Qwest Communications |
| Doe 124 | 174.102.66.131 | 12/31/10 6:06 AM | Road Runner |
| Doe 125 | 173.79.198.111 | 12/16/10 5:00 AM | Verizon Internet Services |
| Doe 126 | 108.0.25.223 | 12/21/10 9:06 AM | Verizon Internet Services |
| Doe 127 | 70.115.248.212 | 12/27/10 6:24 AM | Road Runner |
| Doe 128 | 68.62.83.117 | 12/17/10 1:10 PM | Comcast Cable |
| Doe 129 | 68.61.194.41 | 12/11/10 2:25 PM | Comcast Cable |
| Doe 130 | 68.51.185.105 | 12/25/10 6:52 AM | Comcast Cable |

| Doe 131 | 68.5.230.237 | 11/20/10 11:38 PM | Cox Communications |
| Doe 132 | 68.47.232.179 | 12/19/10 11:06 PM | Comcast Cable |
| Doe 133 | 68.4.3.2 | 12/7/10 4:15 PM | Cox Communications |
| Doe 134 | 68.34.87.140 | 12/25/10 3:33 PM | Comcast Cable |
| Doe 135 | 68.32.143.223 | 12/27/10 9:49 PM | Comcast Cable |
| Doe 136 | 68.66.96.55 | 11/22/10 7:12 PM | TEC of Jackson |
| Doe 137 | 68.80.18.194 | 12/16/10 2:24 AM | Comcast Cable |
| Doe 138 | 69.122.156.146 | 12/25/10 4:37 AM | Optimum Online |
| Doe 139 | 69.73.0.38 | 12/5/10 3:52 AM | Knology |
| Doe 140 | 69.244.187.1 | 12/20/10 4:48 PM | Comcast Cable |
| Doe 141 | 69.243.16.226 | 12/13/10 7:34 AM | Comcast Cable |
| Doe 142 | 69.180.173.210 | 12/15/10 8:01 AM | Comcast Cable |
| Doe 143 | 69.142.85.210 | 12/11/10 12:40 AM | Comcast Cable |
| Doe 144 | 69.134.243.59 | 12/7/10 8:46 PM | Road Runner |
| Doe 145 | 69.128.38.144 | 12/18/10 12:31 AM | TDS TELECOM |
| Doe 146 | 69.125.196.204 | 12/5/10 2:07 AM | Optimum Online |
| Doe 147 | 68.250.191.4 | 12/24/10 6:22 AM | SBC Internet Services |
| Doe 148 | 68.229.48.227 | 12/6/10 3:03 AM | Cox Communications |
| Doe 149 | 67.176.204.56 | 12/23/10 6:00 PM | Comcast Cable |
| Doe 150 | 67.175.51.147 | 1/2/11 2:36 AM | Comcast Cable |
| Doe 151 | 67.134.62.62 | 12/18/10 1:02 AM | Qwest Communications |
| Doe 152 | 66.66.93.80 | 1/1/11 9:48 PM | Road Runner |
| Doe 153 | 66.229.226.39 | 12/9/10 3:57 AM | Comcast Cable |
| Doe 154 | 66.117.189.252 | 12/5/10 1:47 PM | DLS Internet Services |
| Doe 155 | 65.6.76.238 | 12/5/10 5:02 AM | BellSouth.net |
| Doe 156 | 65.24.241.68 | 12/6/10 3:00 AM | Road Runner |
| Doe 157 | 67.177.35.190 | 12/31/10 11:04 AM | Comcast Cable |
| Doe 158 | 67.185.248.217 | 12/6/10 11:26 PM | Comcast Cable |
| Doe 159 | 67.190.111.89 | 1/3/11 6:14 AM | Comcast Cable |
| Doe 160 | 68.224.247.37 | 12/6/10 8:44 AM | Cox Communications |
| Doe 161 | 68.174.79.80 | 12/9/10 9:18 AM | Road Runner |
| Doe 162 | 68.155.80.199 | 12/14/10 9:19 PM | BellSouth.net |
| Doe 163 | 68.109.176.17 | 11/21/10 12:44 PM | Cox Communications |
| Doe 164 | 67.84.144.157 | 12/22/10 12:26 AM | Optimum Online |
| Doe 165 | 67.48.239.222 | 12/21/10 11:12 PM | Road Runner |
| Doe 166 | 67.250.1.234 | 12/28/10 5:33 AM | Road Runner |
| Doe 167 | 67.243.8.90 | 12/19/10 1:53 PM | Road Runner |
| Doe 168 | 63.225.220.87 | 12/11/10 1:18 PM | Qwest Communications |